**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6917**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES WILLIAMS,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-90-72-K)

─────────────

Submitted:  October 7, 1999          Decided:  October 14, 1999

─────────────

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James Williams, Appellant Pro Se.  Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Williams appeals the district court's orders dismissing his motion for reduction of his term of imprisonment pursuant to 18 U.S.C.A. § 3582(c)(2) (West Supp. 1999) and denying his motion to reconsider under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Williams, No. CR-90-72-K (D. Md. Apr. 29 & June 7, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's denial of Williams' motion for reconsideration is dated June 3, 1999, the district court's records show that it was entered on the docket sheet on June 7, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2